# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132828 & (63)

STANDARD FEDERAL BANK, N.A.
      Plaintiff-Appellee,

v

                                SC:   132828
                                CoA:  266053
                                Wayne CC: 05-517910-CH

LAWRENCE KORN,
      Defendant-Appellant.
_____

      On order of Chief Justice, defendant-appellant having submitted a "Notice of Withdrawal of Application for Leave to Appeal" and it further appearing that counsel for plaintiff-appellee concurs in such relief, the application for leave to appeal is DISMISSED with prejudice and without costs.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2007                                              
_____
                                                  Clerk